IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMMY MILLER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 14-cv-323-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted

and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

| s/V. Olmo, Deputy Clerk | 12/9/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |